JOSEPH GORDON, Appellant, *v.* BERNARD J. MAAS, Respondent.

*Gordon* v. *Maas,* 115 App. Div. 377, affirmed:
(Submitted November 25, 1907; decided December 10, 1907.)

APPEAL from a judgment entered December 8, 1906, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to set aside an assignment.

*William P. Maloney* for appellant.

*Walter J. Rosenstein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

JOSHUA W. BARNUM, Respondent, *v.* JOHN T. WILLIAMS, Appellant.

*Barnum* v. *Williams,* 115 App. Div. 694, affirmed.
(Argued November 25, 1907; decided December 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 1, 1906, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for work done and materials furnished by plaintiff's assignee under a contract.

*Richard T. Greene* for appellant.

*John J. Kuhn* and *William N. Dykman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.